IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

JOSE GREGORIO NAZARETH CAMBRONERO PALMA            PETITIONER

V.                        CIVIL ACTION NO. 5:20-CV-47-DCB-MTP

SHAWN GILLIS, ET AL.                            RESPONDENTS

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 9], to which no objections have been filed by the Petitioner. Having carefully reviewed the Report, the Court finds it to be well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that Petitioner's Writ for Habeas Corpus should be dismissed without prejudice because the Petitioner has failed in his obligation to prosecute his case and to comply with the Court's orders. See <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30 (1962); <u>see also</u> <u>Martin v. Pearson</u>, 405 Fed. App'x 859, 860 (5th Cir. 2010).

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 9] is ADOPTED as the findings and conclusions of this Court.

This Petition for Writ of Habeas Corpus [ECF No. 1] is hereby DISMISSED WITHOUT PREJUDICE. A final judgment shall be entered of

even date herewith in accordance with Rule 58 of the Federal Rules

of Civil Procedure.

SO ORDERED this the 6th day of July, 2020.


/S/ David Bramlette

UNITED STATES DISTRICT JUDGE